Christopher D. Moon, SBN 246622
*chris@moonlawapc.com*
Kevin O. Moon, SBN 246792
*kevin@moonlawapc.com*
**MOON LAW APC**
600 West Broadway, Suite 700
San Diego, California 92101
Telephone: (619) 915-9432
Facsimile: (650) 618-0478

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WHITE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GLAXOSMITHKLINE CONSUMER HEALTHCARE HOLDINGS (US) LLC,<br><br>　　　　Defendant. | Case No. 5:20-cv-04048-SVK<br><br>**NOTICE OF APPEARANCE OF KEVIN O. MOON AS COUNSEL OF RECORD FOR PLAINTIFF** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

　　　　PLEASE TAKE NOTICE that Kevin O. Moon of MOON LAW APC, California SBN 246792, hereby appears as counsel of record on behalf of Plaintiff Phillip White.

　　　　Please add Kevin O. Moon as an attorney to be noticed on all matters. Contact information for Kevin O. Moon is as follows:

/ /

/ /

Kevin O. Moon, SBN 246792
**MOON LAW APC**
600 West Broadway, Suite 700
San Diego, California 92101
Telephone: (619) 915-9432
Facsimile: (650) 618-0478
Email: *kevin@moonlawapc.com*

Other counsel of record for Plaintiff shall remain as counsel of record to be noticed.

Dated: June 24, 2020            **MOON LAW APC**

By: /s/ Kevin O. Moon
Christopher D. Moon
Kevin O. Moon
Attorneys for Plaintiff

MOON LAW APC
600 West Broadway, Suite 700
San Diego, California 92101
Telephone: (619) 915-9432

# PROOF OF SERVICE

*White v. GlaxoSmithKline Consumer Healthcare Holdings (US) LLC*
**USDC Northern District of California Case No. 5:20-cv-04048-SVK**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Moon Law APC, 600 West Broadway, Suite 700, San Diego, California 92101. On **June 24, 2020**, I served the within document(s):

## NOTICE OF APPEARANCE

☐ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Moon Law APC for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at San Francisco, California.

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address chris@moonlawapc.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **BY MESSENGER SERVICE:** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed on the Service List and providing them to a professional messenger service for service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 24, 2020 at San Diego, California.

/s/ Kevin O. Moon
Kevin O. Moon