UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WHITE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GLAXOSMITHKLINE CONSUMER HEALTHCARE HOLDINGS (US) LLC,<br><br>　　　　　Defendant. | Case No.  20-cv-04048-SVK<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE** |

Having reviewed the Parties' joint status report (Dkt. 58), the Court hereby **CONTINUES** the Order to Show Cause hearing, currently scheduled for December 16, 2021, to **January 25, 2022 at 1:30 p.m.**  A dismissal or show cause response is due by **January 18, 2022.**

**SO ORDERED.**

Dated: December 1, 2021

_/s/ Susan van Keulen_
SUSAN VAN KEULEN
United States Magistrate Judge