| | |
|---|---|
| **MORGAN, LEWIS & BOCKIUS LLP**<br>Michelle Park Chiu, Bar No. 248421<br>michelle.chiu@morganlewis.com<br>One Market<br>Spear Street Tower<br>San Francisco, CA  94105-1596<br>Tel:     +1.415.442.1000<br>Fax:    +1.415.442.1001<br><br>*Attorneys for Defendant* | **MORGAN, LEWIS & BOCKIUS LLP**<br>J. Gordon Cooney, Jr. (admitted pro hac vice)<br>gordon.cooney@morganlewis.com<br>Franco A. Corrado (admitted pro hac vice)<br>franco.corrado@morganlewis.com<br>1701 Market Street<br>Philadelphia, PA  19103-2921<br>Tel:     +1.215.963.5000<br>Fax:    +1.215.963.5001<br><br>*Attorneys for Defendant* |
| **CLARKSON LAW FIRM, P.C.**<br>Ryan J. Clarkson (SBN 257074)<br>rclarkson@clarksonlawfirm.com<br>Katherine A. Bruce (SBN 288694)<br>kbruce@clarksonlawfirm.com<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>Tel: (213) 788-4050<br>Fax: (213) 788-4070<br><br>*Attorneys for Plaintiff* | **MOON LAW APC**<br>Christopher D. Moon (SBN 246622)<br>chris@moonlawapc.com<br>Kevin O. Moon (SBN 246792)<br>kevin@moonlawapc.com<br>228 Hamilton Avenue, 3rd Floor<br>Palo Alto, California 94301<br>Tel: (415) 730-0387<br>Fax: (650) 618-0478<br><br>*Attorneys for Plaintiff* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WHITE, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          vs.<br><br>GLAXOSMITHKLINE CONSUMER HEALTHCARE HOLDINGS (US) LLC,<br><br>                    Defendant. | Case No. 5:20-cv-04048-SVK<br>Case Filed: June 17, 2020<br>FAC Filed: August 27, 2020<br>*Assigned to Hon. Susan van Keulen*<br><br>**STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

/ / /

/ / /

/ / /

/ / /

/ / /

Pursuant Fed. R. Civ. P. 41(a)(1)(A)(i), all parties in this action, including Plaintiff Phillip White ("**Plaintiff White**") and Defendant GlaxoSmithKline Consumer Healthcare Holdings (US) LLC ("**GSK**" and/or "**Defendant**"), by and through their respective counsel of record, hereby stipulate to the dismissal of this action, in its entirety, *with prejudice*, in accord with the terms of the class action settlement agreement, for which final judgment was entered on November 22, 2021, in *Susan Swetz v. GSK Consumer Health, Inc.*, U.S.D.C. Case No. 7:20-cv-04731 (S.D.N.Y.) ("***Swetz***"). *Swetz* ECF 46-1, 70-72.

**IT IS SO STIPULATED.**

Dated: December 29, 2021                    **CLARKSON LAW FIRM, P.C.**
                                             By:

                                             */s/ Katherine A. Bruce*
                                             Katherine Bruce
                                             Ryan J. Clarkson

                                             **MOON LAW, APC**
                                             Christopher Moon
                                             Kevin Moon

                                             *Attorneys for Plaintiff*


Dated: December 29, 2021                    **MORGAN, LEWIS & BOCKIUS LLP**
                                             By:

                                             */s/ Franco A. Corrado*
                                             Franco A. Corrado
                                             J. Gordon Cooney, Jr.
                                             Michelle Park Chiu

                                             *Attorneys for Defendant*

**ATTESTATION OF FILER**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 29, 2021                    CLARKSON LAW FIRM, P.C.

*/s/ Katherine A. Bruce*
By: Katherine A. Bruce, Esq.

*Attorneys for Plaintiff*